[No. 15880-9-II.    Division Two.    July 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS
QUINTANA-CORONEL, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00703-6, James E. Warme, J., entered March

19, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Houghton, JJ.